UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 CRB (JSC)<br><br>**ORDER GRANTING MOTION TO REMAND** |
| This Order Relates To:<br>Dkt. No. 8<br><br>*Anchor Marine Envtl. Servs., Inc. v. Porsche Cars N. Am., Inc.*, No. 3:18-cv-2369-CRB | |

Plaintiffs in the above-captioned case are a corporation and individuals who purchased Porsche TDI diesel-engine cars. They filed their case in Georgia state court and named as defendants Porsche Cars North America, Inc. ("PCNA"), Porsche AG, Audi AG, and Volkswagen AG. PCNA removed their case to federal court based on federal-question jurisdiction. Now pending is Plaintiffs' motion to remand their case to state court.

Plaintiffs' complaint is materially the same as complaints that the Court examined in a recent Order in which it held that it lacked federal-question jurisdiction. (*See* MDL Dkt. No. 5977, *as amended by* MDL Dkt. No. 5994.) The Court adopts the same reasoning here; it does not have federal-question jurisdiction over Plaintiffs' case. Because federal subject-matter jurisdiction is lacking, the Court GRANTS Plaintiffs' motion to remand. The Clerk of the Court shall remand the above-captioned case to the state court where it was filed.

**IT IS SO ORDERED.**

Dated: April 19, 2019

CHARLES R. BREYER
United States District Judge